RECEIVED
JAN 25 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER ALLAN COUGLE | CIVIL ACTION NO. 1:16-CV-01473 |
| VERSUS | CHIEF JUDGE DRELL |
| BARACK H. OBAMA, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that that Cougle's application to proceed *in forma pauperis* is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24 day of January, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT